UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| R.D. BRAVO, ) | |
| ) | |
| Plaintiff, ) | 3:12-cv-00041-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| SIERRA NEVADA HEALTH CARE ) | |
| SYSTEM, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#5[1]) entered on March 9, 2012, recommending denying Plaintiff's application to proceed *in forma pauperis* (#1) filed on January 23, 2012, and dismissing the complaint without prejudice. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#6) on March 21, 2012, and also filed a supplement to those objections (#7) on March 23, 2012.  Defendants have not filed an opposition . This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant

---

[1]Refers to court's docket number.

1 to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the Magistrate
2 Judge's Report and Recommendation (#5) entered on March 9, 2012, should be adopted and accepted.
3     IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#5)
4 entered on March 9, 2012, is adopted and accepted, and Plaintiff's application to proceed *in forma*
5 *pauperis* (#1) is **DENIED**.
6     IT IS FURTHER ORDERED that the complaint is **DISMISSED** without prejudice.

8     IT IS SO ORDERED.
9     DATED this 22nd day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2