UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| R.D. BRAVO, | ) | |
| Plaintiff, | ) ) ) | 3:12-cv-00041-LRH-VPC |
| v. | ) ) | O R D E R |
| SIERRA NEVADA HEALTH CARE SYSTEM, | ) ) ) | |
| Defendant. | ) ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#5[1]) entered on March 9, 2012, recommending denying Plaintiff's application to proceed *in forma pauperis* (#1) filed on January 23, 2012, and dismissing the complaint without prejudice. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#6) on March 21, 2012, and also filed a supplement to those objections (#7) on March 23, 2012.  Defendants have not filed an opposition .  This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant

---

[1]Refers to court's docket number.

to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#5) entered on March 9, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#5) entered on March 9, 2012, is adopted and accepted, and Plaintiff's application to proceed *in forma pauperis* (#1) is **DENIED**.

IT IS FURTHER ORDERED that the complaint is **DISMISSED** without prejudice.

IT IS SO ORDERED.

DATED this 22nd day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2